

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-1257-20

**WILLIAM LARRY FOLEY, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON STATE'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE TWELFTH COURT OF APPEALS
### SMITH COUNTY

**YEARY, J., filed a dissenting opinion in which SLAUGHTER, J., joined.**

### <u>DISSENTING OPINION</u>

For the reasons set out in my dissenting opinion in *Dulin v. State*, ___ S.W.3d ___, Nos. PD-0856-19 & PD-1857-19, 2021 WL 1202400 (Tex. Crim. App. Mar. 31, 2021), I respectfully dissent to the Court's disposition of the State's petition for discretionary review.

FILED:             May 12, 2021
DO NOT PUBLISH